HAPPY SERVICE GARAGE CORPORATION, Appellant, *v.* FRANCESCO MAGNANTE, Respondent.

Supreme Court, Appellate Term, First Department, March 22, 1934.

*Anderson, Moss & Merrell [Harry G. Anderson* of counsel], for the appellant.

*Samuel Mazzola,* for the respondent.

PER CURIAM. After the discharge of the jury and the entry of a judgment upon a verdict directed for plaintiff the court was without power to vacate that judgment and direct a verdict for the defendant. In any event the evidence sustains plaintiff's verdict.

Judgment reversed, with thirty dollars costs, and judgment for plaintiff reinstated.

Appeal from order dismissed.

All concur; present, HAMMER, CALLAHAN and FRANKENTHALER, JJ.